# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Pamela Pascoe and Margaret Tambling,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          3:10CV193

Furniture Brands International, Inc. And HDM Furniture Industries, Inc.,

    Defendant(s).

DECISION BY JURY. This action having come before the Court by Jury Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's March 30, 2011 Verdict.

                                                           Signed: March 31, 2011

                                                           Frank G. Johns, Clerk
                                                           United States District Court